**EXHIBIT "A"**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 19, 2022 through April 20, 2022
Account Number: _____3065



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00348795 DRE 703 219 11122 NNNNNNNNNNN  1 000000000 14 0000
MAXWELL J KIM
960 N TUSTIN ST # 122
ORANGE CA 92867-5956

## We're making a change to the Non-Chase ATM Transaction Fee

On June 12, 2022, we're increasing the Non-Chase ATM Transaction Fee* from $2.50 to $3. This fee applies when you use a Non-Chase ATM for Domestic Withdrawals, Domestic & International Balance Inquiries, or Domestic & International Balance Transfers. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5 per withdrawal. As a reminder, you won't pay a fee for using Chase ATMs and you may get these fees waived depending on the type of account(s) you have.

- We'll continue to waive this fee on the following types of accounts: Chase Sapphire$^{SM}$ Checking, Chase Private Client Checking$^{SM}$, Chase Premier Savings$^{SM}$, Chase Plus Savings$^{SM}$, Chase Private Client Savings$^{SM}$ and Chase Premier Plus Checking$^{SM}$ with Military Banking Enhanced Benefits.
- We'll continue to waive the first four Non-Chase ATM transaction fees for each statement period for Chase Premier Plus Checking and Chase Premier Checking$^{SM}$ accounts.

If you'd like to see the full Fee Schedule on the Additional Banking Services and Fees document, please go to **chase.com/disclosures** or visit a branch.

Please call the number on this statement if you have any questions. We accept operator relay calls.

*Fees from the ATM owner/networks may still apply.*

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $36,810.37 |
| Checks Paid | -1,000.00 |
| ATM & Debit Card Withdrawals | -370.00 |
| Electronic Withdrawals | -748.44 |
| Other Withdrawals | -33,805.93 |
| Fees | -100.00 |
| **Ending Balance** | $786.00 |



March 19, 2022 through April 20, 2022
Account Number: 3065

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2 ^ | 04/18 | $1,000.00 |
| **Total Checks Paid** | | **$1,000.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $36,810.37 |
| 03/21 | Robinhood    Debits    620519058    Web ID: 5326394001 | -100.00 | 36,710.37 |
| 03/21 | Sams Club    Payment    521333110987562 Web ID: 9130142001 | -83.00 | 36,627.37 |
| 03/25 | Recurring Card Purchase 03/23 A-1 Self Storage Fulle 619-2878873 CA Card 0760 | -330.00 | 36,297.37 |
| 03/28 | Zelle Payment To Blue Kim 13981566436 | -300.00 | 35,997.37 |
| 03/30 | Legal Processing Fee | -100.00 | 35,897.37 |
| 03/30 | Verizon Wireless Payments    PPD ID: 4223344794 | -265.44 | 35,631.93 |
| 04/06 | Card Purchase    04/06 Urgentcreditcounselng 503-353-0400 OR Card 0760 | -20.00 | 35,611.93 |
| 04/08 | Coal-30Mar22-132 | -33,805.93 | 1,806.00 |
| 04/15 | Card Purchase    04/13 Second Bankruptcy Cour 703-5812214 OH Card 0760 | -20.00 | 1,786.00 |
| 04/18 | Check    # 2 | -1,000.00 | 786.00 |
| | **Ending Balance** | | **$786.00** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(You did not have an electronic deposit this statement period)

- <u>OR</u>, keep a balance at the beginning of each day of $1,500.00 or more in this account.
(Your balance at the beginning of each day was $786.00)

- <u>OR</u>, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
(Your average beginning day balance of qualifying linked deposits and investments was $23,577.17)



March 19, 2022 through April 20, 2022

Account Number: ████████3065

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC





March 19, 2022 through April 20, 2022

Account Number: 3065

This Page Intentionally Left Blank