| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Daniel King<br>3435 Wilshire Blvd<br>Suite 1111<br>Los Angeles, CA 90010<br>213-388-3887 Fax: 213-388-1744<br>207911 CA<br>dking@theattorneygroup.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 31 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br>Maxwell Jordan Kim<br><br><br><br>                                            Debtor(s)<br><br>Maxwell Jordan Kim<br><br><br><br><br>                                            Plaintiff(s)<br>vs.<br><br>Collect Access, LLC, a California Limited Liability Company<br><br><br><br><br>                                            Defendant(s) | CASE NO.: **8:22-bk-10603-TA**<br>CHAPTER: **7**<br>ADVERSARY NO.: **8:22-ap-01054-TA**<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: **10/27/2022**<br>TIME: **11:00AM**<br>COURTROOM: **5B**<br>PLACE: **411 West Fourth Street, Santa Ana, CA 92701** |
|---|---|

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Maxwell Jordan Kim
   and against Defendant (*specify name*): Collect Access, LLC, a California Limited Liability Company

2. a. ☒ Plaintiff is awarded damages in the following amount:              $33,805.93
   b. ☒ Plaintiff is awarded costs in the following amount:                $365.50
   c. ☐ Plaintiff is awarded attorney fees in the following amount:        $
   d. ☒ Plaintiff is awarded interest at the rate of 10% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): 4/8/2022

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                Page 1                                    **F 7055-1.2.DEFAULT.JMT**

    e. ☒ Plaintiff is granted the following relief (*specify*): Order Defendant to immediately pay Judgment in favor of Plaintiff, judgment $33,805.93 plus interest $1,870.52 and cost $365.50, totaling $36,042.33.

    ☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a) _____
    ☐ Other (*specify*):

4. ☐ The court further orders:

    ☐ See attached page

                                ###

Date: October 31, 2022

*/s/ Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 7055-1.2.DEFAULT.JMT